MAY 31, 1956.

No. 913. WARNER MANUFACTURING CORP. *v.* SHANE ET AL., TRADING AS B. & F. DOOR MFG. CO. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *George H. Rosenstein* for petitioner. *David S. Malis* was on the stipulation for respondents. With him on a brief in opposition to the petition were *Howard Wallner* and *Robert H. Malis.*

JUNE 4, 1956.

No. 565. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, C. I. O., ET AL. *v.* ANDERSON, DISTRICT JUDGE, ET AL. Appeal from the Supreme Court of Minnesota. *Per Curiam:* The judgment is affirmed. *United Automobile, Aircraft and Agricultural Implement Workers of America* v. *Wisconsin Employment Relations Board, ante,* p. 266, decided this day. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *Harold A. Cranefield* and *Kurt L. Hanslowe* for appellants. *Leland W. Scott* for McQuay, Inc., appellee.